IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRAVIS LOWAYNE DUMAS, #166086, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROBERT BENTLEY, et al., )<br>)<br>Defendants. ) | CASE NO. 2:14cv-774-WHA<br><br>(WO) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #6), entered on November 6, 2014. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. This case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

2. The clerk is DIRECTED to take the appropriate steps to effect the transfer.

DONE this 9th day of December, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE